UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 JAN -2 P 12: 46

United States of America

v.  Cr. 1: 13-CR-001-01-JL

Angel Laureano Rivera

MOTION TO SEAL

**SEALED DOCUMENT**

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Indictment and supporting documents in the above-captioned case be sealed at Level I until such time as the defendant is taken into custody. Public disclosure of the indictment and supporting documents would give the defendant the opportunity to flee and may endanger the safety of law enforcement officers effecting the arrests.

Dated: January 2, 2013

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: _____
Alfred Rubega
Assistant U.S. Attorney
U.S. Attorney's Office
55 Pleasant Street
Concord, NH 03301
(603) 225-1552

Motion ☒ Granted  ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: 1-2-13