UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.            Cr. 12-CR-

Angel Laureano Rivera

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 2nd day of January, 2013.

This 2nd day of January, 2013.

                                         JOHN P. KACAVAS
                                         United States Attorney

                                         /s/ Alfred Rubega
                                         Alfred Rubega
                                         Assistant U.S. Attorney

WARRANT ISSUED: _____