UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 10 2013

FILED

IN RE THE MATTER OF:

Angel Laureano Rivera
(Petitioner's name)

Case No. 13-_____
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Angel Laureano Rivera
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target                ☒ criminal defendant

☐ grand jury witness               ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/10/2013                   _____
                                   Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 5-10-13                      _____
                                   United States Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)