AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

United States of America
v.

Angel Laureano Rivera

*Defendant*

Case No. 13-cr-001-01-JL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Angel Laureano Rivera,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possessing Stolen Government Property with Intent to Convert;
Conspiracy to Cause Possession of Stolen Government Property with Intent to Convert;
Aggravated Identity Theft

Date: 1/2/2013

*Issuing officer's signature*
Kathy DuPont

*Printed name and title*
Kathy DuPont, Deputy Clerk

City and state: Concord, New Hampshire

### Return

This warrant was received on *(date)* 1/2/2013, and the person was arrested on *(date)* 5/10/13
at *(city and state)* Manchester, NH.

Date: 5/10/13

*Arresting officer's signature*

*Printed name and title*
Gregory Murano DUSM