THE STATE OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V. DOCKET NO. 13-CR-00001-JL

ANGEL RIVERA

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Angel Rivera, by and through counsel, and hereby move this Court to continue his Pre-Trial Conference and Trial currently scheduled for June 27, 2013 and July 9, 2013, for 90 days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled for Pre-Trial on June 27, 2013 at 10:30 a.m. and for Trial on July 9, 2013, at 9:30 a.m. in this Court.
2. The undersigned counsel is requesting additional time to prepare for this Trial and/or resolve the matter by way of a plea agreement.  The accused is asking for an additional 90 days.
3. The defendant is aware of this motion.
4. That the United States Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the accused respectfully requests that this Court grant his Assented to Motion and Continue his June 27, 2013 Pre-Trial Conference and July 9, 2013 Trial so that he may have additional time to prepare for this Trial.

        Respectfully submitted
        Angel Rivera
        By his Attorney,

Date:   June 18, 2013        /S/Paul J. Garrity
        Paul J. Garrity
        Bar No. 905
        14 Londonderry Road
        Londonderry, NH 03053

603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 18th day of June, 2013, a copy of the within Motion to Continue was mailed, postage prepaid, to the United States Attorney's Office and Angel Rivera.

                                                                /S/Paul J. Garrity
                                                               Paul J. Garrity