UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. )
) Cr. No. 1:13-cr-00001-JL
ANGEL LAUREANO RIVERA )
)
)

JOINT STIPULATION AND PROPOSED FINDINGS
WITH RESPECT TO APPLICATION OF THE SPEEDY TRIAL ACT

In response to the Courts order of June 19, 2013, the parties hereby jointly stipulate and move the court to adopt their stipulation with regard to the application of 18 U.S.C. 3161(c)(1) to this case. The parties jointly stipulate as follows:

|  | **Elapsed Days** | **Excludable Days** | **Days Remaining Under Speedy Trial Act** |
|---|---|---|---|
| Date of Filing of Motion to Continue (06/18/13) | 37 | 33 | 33 |
| Date for Which Trial was Previously Scheduled (07/09/13) | 60 | 27 | 33 |
| Date of Any Currently Pending Period of Excludable Delay (08/20/13) | 102 | 69 | 33 |

-1-

| | | | |
|---|---|---|---|
| Date for Which Trial Is Presently Scheduled (08/20/13) | 102 | 69 | 33 |

WHEREFORE, the parties jointly and respectfully request that the Court adopt their joint stipulation with regard to the application of 18 U.S.C. '3161(c)(1) to this case as set forth above.

Date: June 21, 2013

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By:   /s/ Alfred Rubega
     Alfred Rubega
     N.H. Bar No. 2211
     53 Pleasant Street, 4th Floor
     Concord, New Hampshire   03301


ANGEL LAUREANO RIVERA
Defendant, by and through counsel,

By:   /s/ Paul J. Garrity
     Paul J. Garrity
     N.H. Bar No. 905
     14 Londonderry Road
     Londonderry, NH 03053
     Tel. (603) 434-4106

## **CERTIFICATION**

I, hereby certify that this Joint Stipulation with Respect to Application of the Speedy Trial Act has been filed and served on Paul J. Garrity, Esq., 14 Londonderry Road, Londonderry, NH 03053, counsel for the defendant, through the Electronic Court Filing system.

Date: June 21, 2013

/s/ Alfred Rubega
Alfred Rubega