I, Angel Rivera, hereby waive my constitutional right to a speedy trial.

*Angel Rivera*
Angel Rivera
6/25/13

Angel