UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Docket No. 13-cr-00001-JL

State of New Hampshire

v.

Angel Laureano Rivera

WITHDRAWAL OF APPEARANCE

| APPEARANCE | WITHDRAWAL |
|---|---|

Please enter my Appearance as:

    counsel for:

Please withdraw my appearance as:

__X_ counsel for:_____

Angel Laureano Rivera

Notice of withdrawal sent to current Counsel through the ECF system:
Paul J. Garrity
Garrity Law Office
14 Londonderry Rd
Londonderry, NH 03053

_____

    I hereby certify that a copy of the foregoing Withdrawal was sent through the ECF system on 8 July 2013 to the prosecuting attorney, Alfred J.T. Rubega, United States Attorney's Office (NH), James C. Cleveland Federal Building, 53 Pleasant St, 4th Flr, Concord, NH 03301-0001.

Signed:    ___/s Theodore Lothstein_____
                Theodore M. Lothstein
                N.H. Bar # 10562
                Lothstein Guerriero, PLLC
                58 Pleasant Street
                Concord, NH 03301
                603-513-1919