UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Cr. No.   1:13-cr-00001-JL |
| ANGEL LAUREANO RIVERA | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION AND PROPOSED FINDINGS
## WITH RESPECT TO APPLICATION OF THE SPEEDY TRIAL ACT

In response to the Court's order of August 6, 2013, the parties hereby jointly stipulate and move the court to adopt their stipulation with regard to the application of 18 U.S.C. §3161(c)(1) to this case. The parties jointly stipulate as follows:

| | Elapsed Days | Excludable Days | Days Remaining Under Speedy Trial Act |
|---|---|---|---|
| Date of Filing of Motion to Continue (06/18/13) | 85 | 81 | 33 |
| Date for Which Trial was Previously Scheduled (08/20/13) | 123 | 90 | 33 |
| Date of Any Currently Pending Period of Excludable Delay (08/20/13) | 179 | 146 | 33 |

| Date for Which Trial Is Presently Scheduled (08/20/13) | 179 | 146 | 33 |
|---|---|---|---|

WHEREFORE, the parties jointly and respectfully request that the Court adopt their joint stipulation with regard to the application of 18 U.S.C. §3161(c)(1) to this case as set forth above.

Date: August 7, 2013                    Respectfully submitted,

                                            JOHN P. KACAVAS
                                            United States Attorney

                                            /s/ Alfred Rubega
                         By:     Alfred Rubega
                                              N.H. Bar No. 2211
                                              53 Pleasant Street, 4th Floor
                                              Concord, New Hampshire   03301

                                              ANGEL LAUREANO RIVERA
                                              Defendant, by and through counsel,

                                              /s/ Paul J. Garrity
                         By:     Paul J. Garrity
                                              N.H. Bar No. 905
                                              14 Londonderry Road
                                              Londonderry, NH 03053
                                              Tel. (603) 434-4106

## **CERTIFICATION**

      I, hereby certify that this Joint Stipulation with Respect to Application of the Speedy Trial Act has been filed and served on Paul J. Garrity, Esq., 14 Londonderry Road, Londonderry, NH 03053, counsel for the defendant, through the Electronic Court Filing system.

Date: August 7, 2013
                                              /s/ Alfred Rubega
                                              Alfred Rubega