UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                       Docket No. 13-CR-1-01-JL

Angel Laureano Rivera

## WAIVER OF SPEEDY TRIAL

I, Angel Laureano Rivera, of Manchester, NH, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 8/8/13

_____
Angel Laureano Rivera