THE STATE OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                           DOCKET NO. 13-CR-00001-JL

ANGEL RIVERA

<u>ASSENTED TO MOTION TO CONTINUE</u>

NOW COMES the accused, Angel Rivera, by and through counsel, and hereby move this Court to continue his Trial currently scheduled for November 5, 2013, to a later date

In support of this Motion, the accused states as follows:

1. The accused is scheduled for Trial on November 5, 2013, at 9:30 a.m. in this Court.
2. The accused is requesting time as the case is to be resolved by a plea, but that the parties require time to work out the details.
3. In addition, the Government requires time to obtain approval for the plea bargain.
4. Also, the plea involves the accused providing a proffer, which requires time to set up and complete.
5. The defendant is aware of this motion.
6. That the United States Attorney's Office has no objection to this Motion to Continue.

WHEREFORE, the accused respectfully requests that this Court grant his Assented to Motion and continue his November 5, 2013, Trial.

            Respectfully submitted
            Angel Rivera
            By his Attorney,

Date:   October 9, 2013       /S/Paul J. Garrity
                                             Paul J. Garrity
                                             Bar No. 905
                                             14 Londonderry Road
                                             Londonderry, NH 03053
                                             603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, herein certify that on this 9th day of October, 2013, a copy of the within Motion to Continue was e-filed to all parties of record, including the United States Attorney's Office and mailed, postage prepaid, to Angel Rivera.

                              /S/Paul J. Garrity
                              Paul J. Garrity