# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Cr. No.   1:13-cr-00001-JL |
| ANGEL LAUREANO RIVERA | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION AND PROPOSED FINDINGS
## WITH RESPECT TO APPLICATION OF THE SPEEDY TRIAL ACT

In response to the Courts order of October 25, 2013, the parties hereby jointly stipulate and move the court to adopt their stipulation with regard to the application of 18 U.S.C. ' 3161(c)(1) to this case. The parties jointly stipulate as follows:

| | **Elapsed Days** | **Excludable Days** | **Days Remaining Under Speedy Trial Act** |
|---|---|---|---|
| Date of Filing of Motion to Continue (10/16/13) | 157 | 153 | 33 |
| Date for Which Trial was Previously Scheduled (11/05/13) | 177 | 144 | 33 |
| Date of Any Currently Pending Period of Excludable Delay (01/07/14) | 240 | 207 | 33 |

| | | | |
|---|---|---|---|
| Date for Which Trial Is Presently Scheduled (01/07/14) | 240 | 207 | 33 |

WHEREFORE, the parties jointly and respectfully request that the Court adopt their joint stipulation with regard to the application of 18 U.S.C. '3161(c)(1) to this case as set forth above.

Date: October 28, 2013               Respectfully submitted,

                                                          JOHN P. KACAVAS
                                                          United States Attorney

                                                          /s/ Alfred Rubega
                                          By:      Alfred Rubega
                                                          N.H. Bar No. 2211
                                                          53 Pleasant Street, 4th Floor
                                                          Concord, New Hampshire 03301

                                                          ANGEL LAUREANO RIVERA
                                                          Defendant, by and through counsel,

                                                          /s/ Paul J. Garrity
                                          By:      Paul J. Garrity
                                                          N.H. Bar No. 905
                                                          14 Londonderry Road
                                                          Londonderry, NH 03053
                                                          Tel. (603) 434-4106

**CERTIFICATION**

      I, hereby certify that this Joint Stipulation with Respect to Application of the Speedy Trial Act has been filed and served on Paul J. Garrity, Esq., 14 Londonderry Road, Londonderry, NH 03053, counsel for the defendant, through the Electronic Court Filing system.

Date: October 28, 2013
                                                          /s/ Alfred Rubega
                                                          Alfred Rubega