UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Dkt. No. 0102 1:13CR00001-JL |
| ) | |
| ANGEL LAUREANO RIVERA ) | |

**ASSENTED TO MOTION TO SEAL SENTENCING MEMORANDUM**

NOW COME the defendant, Angel Laureano Rivera, by and through counsel, Paul J, Garrity, and respectfully request that this Court Seal the defendant's previously filed Sentencing Memorandum.

In support of this Motion, the defendant states as follows:

1. The defendant is requesting that this Court Seal the defendant's Sentencing Memorandum as there is sensitive information outlined within the Sentencing Memorandum.
2. The undersigned counsel inadvertently filed the Sentencing Memorandum prior to filing a motion to seal.
3. The Government has no objection to this motion.

WHEREFORE, the defendant, Angel Laureano Rivera, respectfully requests that this Court grant this Assented to Motion to Seal Sentencing Memorandum.

Respectfully submitted,
Angel Laureano Rivera
By his attorney,

DATE:     September 18, 2014        /s/ Paul J. Garrity
                                    Paul J. Garrity

Bar No. 905  
14 Londonderry Road  
Londonderry, NH 03053  
603-434-4106  
garritylaw@myfairpoint.net

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 18th day of September, 2014, a copy of the within Assented to Motion to Seal Sentencing Memorandum has been efiled to all parties of record and mailed, postage prepaid to Angel Rivera.

/s/ Paul J. Garrity