UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.   NO. 13-000001-JL-1

ANGEL RIVERA

FILED
2014 NOV 18 A 11: 20

## MOTION TO EXCEED STATUTORY FEE LIMITS

NOW COMES Paul J. Garrity, attorney for the defendant, and moves this Court to authorize Attorney Garrity to exceed the statutory fee limit.

In support of this Motion, Attorney Garrity states as follows:

1. Fee requests in excess of the maximum amount of $9,700.00 authorized under 18 U.S.C. 3006A(d)(2) are governed by the criteria laid out in <u>United States v. Carnevale</u>, 624 F. Supp 381 (D.R.I. 1985). Those criteria include:

    a. the amount, character and complexity of work required

    b. responsibilities involves

    c. manner in which duties were performed

    d. knowledge, skill and judgment required of and used by counsel

    e. professional standing of counsel as reflected by length of time at bar, experience acquired and reputation established

    f. nature of counsel's practice and injury thereto

    g. any extraordinary pressure of time or other factors under which services were recorded

    h. results achieved

    i. and any other circumstances brought to the court's attention relevant and material to the determination of a fair and reasonable fee - p. 384

2. During the course of his representation, which extended from May, 2013 to November, 2014, Attorney Garrity has worked a total of 96.3 hours in this case. Attorney Garrity's representation involved a review of discovery, legal research and drafting of motions, travel and meetings with client, and consulting with the U.S. Attorney. In addition, court hearings were held in this matter.

3. The undersigned counsel has been a member of the New Hampshire Bar since 1986 and a member of the Massachusetts bar since 1990. My practice is devoted entirely to criminal defense and I have been a member of this Court's CJA Panel since approximately 1988.

4. The time expended in defending this case was necessary.

5. Attorney Garrity submits that the amount of time he has expended in representing the defendant should qualify as good cause to exceed the statutory fee limits. Otherwise, the undersigned counsel will be financially penalized for accepting this case.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Paul J. Garrity,

Date: August 8, 2013

_____
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
(603) 434-4106
No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2nd day of October, 2013, a copy of the within Motion to Exceed was mailed, postage prepaid, to the United States Attorney's Office.

_____
Paul J. Garrity